Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_rohlfing_office@speakeasy.net

Attorneys for Plaintiff
STEVEN G. EIRICH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN G. EIRICH, | Case No.: 1:08-CV-00893 SMS |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; |
| vs. | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Steven G. Eirich ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to March 23, 2009; and that Defendant shall have an extension of time until April 24, 2009, to file his opposition, if any is forthcoming.

PDF created with pdfFactory trial version www.pdffactory.com

1   An extension of time for plaintiff is needed in order to properly address the
2   issues within the 1,100 page administrative record in this matter.  Counsel
3   sincerely apologizes to the court for any inconvenience this may have had upon it
4   or its staff.
5
6   DATE: February 25, 2009          Respectfully submitted,
7                                    LAW OFFICES OF LAWRENCE D. ROHLFING
8                                          /s/ Steven G. Rosales
                                   BY:_____
9                                      Steven G. Rosales
                                       Attorney for plaintiff STEVEN G. EIRICH
10
11  DATE:  February 27, 2009.        McGREGOR W. SCOTT
                                     Chief, Civil Division
12
13
14
15
                                     BY:  _/s/ -Mark Win_ by Steven G. Rosales*
16                                        Mark Win
                                          Special Assistant United States Attorney
17                                        Attorneys for Defendant
                                          [*By telephone authorization]
18
19
20
21
22
23
24
25

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including March 23, 2009, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to April 24, 2009 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE:   3/2/2009

_____
 /s/ Sandra M. Snyder
SANDRA M. SNYDER
**United States Magistrate Judge**

PDF created with pdfFactory trial version www.pdffactory.com