Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail  rohlfing_office@speakeasy.net

Attorneys for Plaintiff
STEVEN G. EIRICH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| STEVEN G. EIRICH,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security,<br><br>  Defendant | Case No.:   1:08-CV-0893 SMS<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

  Plaintiff Steven G. Rosales ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to June 1, 2009; and that Defendant shall have an extension of time until July 1, 2009, to file his opposition, if any is forthcoming.

  An extension of time for plaintiff is needed to permit the transfer of the pleadings, case management order, and certified administrative record to Mr. Eirich for this action as indicated in the concurrently filed Motion to Withdraw.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 27, 2009  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ Steven G. Rosales
_____
Steven G. Rosales
Attorney for plaintiff STEVEN G. EIRICH

DATED: March 27, 2009  McGREGOR W. SCOTT
United States Attorney

*/S/-*Mark Win*

_____
Mark Win
Special Assistant United States Attorney
Attorney for Defendant
[*By via email authorization on 3/27/09]

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including June 1, 2009, in which to file Plaintiff's Opening Brief; Defendant
3 may have an extension of time to July 1, 2009 to consider the contentions raised in
4 Plaintiff's Opening Brief, and file any opposition if necessary.
5     IT IS SO ORDERED.
6 DATE: 3/30/2009

                                                _/s/ SANDRA M SNYDER_____
                                                THE HONORABLE SANDRA M. SNYDER
                                                UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com