UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN G. EIRICH, | ) | 1:08-cv-00893-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER REQUIRING PLAINTIFF TO** |
| | ) | **PERSONALLY APPEAR AND SHOW** |
| v. | ) | **CAUSE WHY THIS ACTION SHOULD** |
| | ) | **NOT BE DISMISSED FOR FAILURE TO** |
| MICHAEL J. ASTRUE, | ) | **FILE AN OPENING BRIEF, FAILURE** |
| Commissioner of Social | ) | **TO COMPLY WITH A COURT ORDER,** |
| Security, | ) | **AND FOR LACK OF PROSECUTION** |
| | ) | (Doc. 25) |
| Defendant. | ) | |
| | ) | **ORDER DIRECTING CLERK TO SERVE** |
| | | **PRO SE PLAINTIFF AT LAST KNOWN** |
| | | **ADDRESS** |
| | | |
| | | **DATE: 8/21/09** |
| | | **TIME: 9:30 A.M.** |
| | | **CTRM: 7 ~ Sixth Floor** |

Plaintiff is proceeding pro se in an action seeking judicial review of an administrative decision of the Commissioner of Social Security that denied, in whole or in part, his claim for benefits under the Social Security Act.

On June 25, 2008, plaintiff, through legal counsel Steven Rosales, filed his complaint for social security benefits (Doc. 1). On June 4, 2009, Attorney Rosales filed a motion to withdraw as attorney of record for plaintiff (Doc. 22). On June

1

24, 2009, defendant filed a statement of non-opposition to the motion to withdraw (Doc. 24).  On June 29, 2009, the Court granted the motion of Mr. Rosales to withdraw as attorney of record for plaintiff, resulting in plaintiff's pro se status and responsibility for the timely prosecution of his action, with or without new legal counsel; extended the deadline to August 1, 2009, for plaintiff to file an opening brief; and, informed plaintiff that a failure to comply with an order of the Court, including the deadline for the filing of his opening brief, will result in sanctions, including dismissal of this action (Doc. 25).  Further, on July 1, 2009, the Court issued an Informational Order for Pro Se Litigants which provides very helpful information and basically serves as step-by-step guide for pro se litigants (Doc. 26).

**PERTINENT COURT DOCKET HISTORY**

| DATE | DOC. # | COURT EVENT |
|---|---|---|
| 6/4/2009 | 22 | **MOTION to WITHDRAW as ATTORNEY** *MEMORANDUM OF POINTS AND AUTHORITIES; and DECLARATION OF STEVEN G. ROSALES* **by Steven G Eirich. (Rosales, Steven) (Entered: 06/04/2009)** |
| 6/8/2009 | 23 | **MINUTE ORDER (Text Only Entry): Plaintiff's Counsel's Motion to Withdraw as Attorney was filed without a hearing date, as required by Local Rule 78-230(b), and is therefore SET for hearing on 7/17/09 @ 9:30am before Judge Snyder (SMS). Any opposition is due filed by 6/24/09. Note: The Stipulation to Extend Briefing Schedule will be addressed on or after 7/17/09. Signed by Judge Sandra M. Snyder on 6/8/09. (Robles, F.) (Entered: 06/08/2009)** |
| 06/08/2009 | | **SERVICE BY MAIL (Text Only Entry): Minute Order served on plaintiff, Steven G. Eirich, 4910 Morro Drive, Bakersfield, CA, 93307. (Robles, F.) (Entered: 06/08/2009)** |
| 06/24/2009 | 24 | **STATEMENT of NON-OPPOSITION by Commissioner of Social Security to MOTION to WITHDRAW as ATTORNEY** *MEMORANDUM OF POINTS AND AUTHORITIES; and DECLARATION OF STEVEN G. ROSALES.* **(Maley, Ann) (Entered: 06/24/2009)** |

//

/

| | | |
|---|---|---|
| **06/29/2009** | **25** | **ORDER VACATING The Hearing On Motion Of Counsel To Withdraw, Vacated hearing date: July 17, 2009, ORDER Granting Plaintiff's Counsel's Motion To Withdraw As Plaintiff's Attorney Of Record, ORDER Granting Stipulated Request For An Extension Of Time For The Filing Of Plaintiff's Brief To No Later Than August 1, 2009, ORDER Directing The Clerk To Update The Docket And To Serve This Order On Plaintiff Himself At The Address Specified In This Order, signed by Magistrate Judge Sandra M. Snyder on 6/28/2009. (Filing Deadline: 8/1/2009)(Scrivner, E) (Entered: 06/29/2009)** |
| **06/29/2009** | | **SERVICE BY MAIL: Order, served on Steven G Eirich. (Scrivner, E) (Entered: 06/29/2009)** |
| **07/01/2009** | **26** | **INFORMATIONAL ORDER FOR PRO SE LITIGANTS, signed by Magistrate Judge Sandra M. Snyder on 6/30/2009. (Scrivner, E) (Entered: 07/01/2009)** |
| **07/01/2009** | | **SERVICE BY MAIL: Order, served on Steven G Eirich. (Scrivner, E) (Entered: 07/01/2009)** |

To date, plaintiff has not filed his opening brief with the court, has not sought an extension of time within which to satisfy this deadline, has not complied with the Court's order, and has not timely prosecuted his action.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; Chambers v. NASCO, Inc., 501 U.S. 31, 42-43 (1991).

Therefore, it is HEREBY ORDERED:

1.  That this matter is SET for hearing, at which plaintiff must **PERSONALLY APPEAR**, on Friday, **April 21, 2009 at 9:30 a.m.**, in Courtroom No. 7 on the Sixth Floor of the United States Courthouse, 2500 Tulare Street, Fresno, CA, 93721, before the Honorable Sandra M. Snyder, United States Magistrate Judge, to show cause why this action should not be dismissed for his failure to file an opening brief, failure to comply with the

court's order, and for lack of prosecution.  Plaintiff is ADVISED that failure to personally appear on August 21, 2009 at 9:30 a.m., will result in outright dismissal of this action.

2.   If the local Assistant United States Attorney has any comments or concerns, he is DIRECTED to personally appear (or otherwise contact the court in advance) on August 21, 2009 at 9:30 a.m.

3.   If the General Counsel has any comments or concerns, she is DIRECTED to appear telephonically (or otherwise contact the court in advance) by calling chambers directly at (559) 499-5690 on August 21, 2009 at 9:30 a.m.

4.   That the Clerk's Office serve pro se plaintiff with this order at his last known address as follows:

>   Steven G. Eirich
>   4910 Morro Drive
>   Bakersfield, CA 93307

IT IS SO ORDERED.

**Dated:   August 10, 2009**             /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

4